# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** III            **Investigating Agency** FBI

**City** BOSTON            **Related Case Information:**

**County** SUFFOLK            Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 14-mj-2275-MBB
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** GERALD WAYNE LEDFORD            **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Clinton, Iowa

**Birth date (Yr only):** 1958  **SSN (last4#):** 1987  **Sex** M  **Race:** White  **Nationality:** USA

**Defense Counsel if known:** _____            **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Theodore Merritt and Scott Garland            **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No            List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested            ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 1, 2015            **Signature of AUSA:** /s/ Scott L. Garland

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GERALD WAYNE LEDFORD

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 875(c) | Transmitting Threatening Communications in Interstate Commerce | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____