AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 15-MJ-2098-MBB |
| Gerald W. Ledford | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Gerald W. Ledford                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

on or about October 19, 2014, transmitting in interstate and foreign commerce a communication containing a threat to
injure the person of another, in violation of 18 U.S.C. § 875(c)

Date:   06/01/2015

_Issuing officer's signature_

City and state:   Boston, Massachusetts

Marianne B. Bowler, United States Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                                              _____ |
|                                                                          _Arresting officer's signature_ |
|                                                                          _____ |
|                                                                          _Printed name and title_ |